# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN RENEE PACHECO,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant(s). | Case No. 2:24-cv-01551-GMN-NJK<br><br>**Order** |

On August 26, 2024, the Court ordered the parties to file a joint proposed discovery plan by September 16, 2024. Docket No. 6. The parties violated that order. The Court again orders the parties to file a joint proposed discovery plan, this time by September 23, 2024. **FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: September 18, 2024

                                                            _____<br>
Nancy J. Koppe<br>
United States Magistrate Judge