# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN RENEE PACHECO., <br>     Plaintiff, <br> v. <br> WALMART INC., <br>     Defendant. | Case No.: 2:24-cv-01551-GMN-NJK <br> **Order** <br> [Docket No. 23] |

Pending before the Court is the parties' stipulation to extend discovery deadlines by 30 days. Docket No. 23.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Here, the parties have failed to demonstrate diligence. The Court issued the scheduling order in this case on September 20, 2024. Docket No. 16. Nonetheless, the parties waited until the end of November to conduct any discovery at all, and have conducted little affirmative discovery. Docket No. 23 at 2.

Additionally, the instant stipulation fails to meet the requirements of the local rules. The parties do not provide a specific description of the discovery that remains to be completed, *see* Local Rule 26-3(b); instead, the parties submit that the discovery to be completed includes "additional written discovery as needed…expert disclosures and depositions…depositions of percipient witnesses." Docket No. 23 at 2.

Nonetheless, as a <u>one-time courtesy</u>, the Court will allow a 30-day extension.

1

Accordingly, the stipulation to extend is **GRANTED**. Docket No. 23.

Deadlines are **RESET** as follows:

- Initial expert: February 24, 2025
- Rebuttal expert: March 26, 2025
- Discovery cutoff: April 28, 2025
- Dispositive motions: May 28, 2025
- Joint proposed pretrial order: June 27, 2025, 30 days after resolution of dispositive motions or further order of the Court

IT IS SO ORDERED.

Dated: January 13, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2