DARRELL D. DENNIS
Nevada Bar No. 006618
RACHEL L. SHELSTAD
Nevada Bar No. 13399
Rachel.Shelstad@lewisbrisbois.com
MANUEL R. GURULE
Nevada Bar No. 15926
Manuel.Gurule@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant WALMART INC. dba WALMART #3728*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN RENEE PACHECO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC. dba WALMART #3728, a foreign corporation; Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:24-cv-01551-GMN-NJK<br><br>**SUBSTITUTION OF ATTORNEY** |

NOTICE IS HEREBY GIVEN that Defendant WALMART STORES, INC. dba WALMART #3728, hereby substitutes the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, 6385 S. Rainbow Boulevard, Suite 600, Las Vegas, Nevada 89118;

///
///
///
///
///
///

150861839.1

Phone: 702.893.3383, as the counsel of record for said Defendant in the place and stead of HALL & EVANS, LLC, in the above-entitled matter.

DATED this 15th day of January, 2025.

WALMART STORES, INC. dba WALMART #3728

By _____
Authorized Representative

Joanna Hinojosa, Senior Counsel
Printed Name/Title

## CONSENT TO SUBSTITUTION

HALL & EVANS, LLC, hereby agrees and consents to the substitution of LEWIS BRISBOIS BISGAARD & SMITH LLP as counsel of record for Defendant, in the above-entitled action.

DATED this 15th day of January, 2025.

HALL & EVANS, LLC

By _____
Kurt Bonds, Bar No. 6228
1160 North Town Center Drive, Ste. 330
Las Vegas, NV 89144

IT IS SO ORDERED.
Dated: January 17, 2025

Nancy J. Koppe
United States Magistrate Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1508618391

2