**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVELYN RENEE PACHECO, individually, | Case No.: 2:24-cv-01551-NJK |
| Plaintiff, | |
| v. | **MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST** |
| WALMART INC. dba WALMART #3728, a foreign corporation; Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

      Kurt R. Bonds, Esq., of the law firm Hall & Evans, LLC (the "firm"), as former counsel for WALMART, INC., (the "Party"), hereby submits Motion for Order Granting Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq. (the "Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

Kurt R. Bonds, Esq. is no longer involved in this matter. ECF notice to Kurt R. Bonds, Esq. are no longer required; therefore, the Firm hereby submits this Motion for Order granting Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq.

DATED this 23rd day of January, 2025.

HALL & EVANS, LLC

*/s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

**DATED:** January 24, 2025

Nancy J. Koppe
United States Magistrate Judge

2     KRB/20147-116