```
 1  STIP
    RACHEL L. SHELSTAD
 2  Nevada Bar No. 13399
    Rachel.Shelstad@qpwblaw.com
 3  LAINA T. LEAVITT
    Nevada Bar No. 12295
 4  Laina.Leavitt@qpwblaw.com
 5  QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
    2370 Corporate Circle, Suite 160
 6  Henderson, Nevada 89054
    Telephone: 775.322.4697
 7  Facsimile: 775.322.4698
 8  Attorneys for Defendant Walmart, Inc.
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| EVELYN RENEE PACHECO, individually, | 2:24-cv-01551-GMN-NJK |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR SUBSTITUTION OF ATTORNEY** |
| WALMART INC. dba WALMART #3728, a foreign corporation; Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | |

Pursuant to LR 11-6, it is hereby stipulated by and between the undersigned counsels that RACHEL L. SHELSTAD of the law firm QUINTAIROS, PRIETO, WOOD & BOYER, P.A., 2370 Corporate Circle, Suite 160, Henderson, Nevada 89054; Telephone 775.322.4697, as the counsel of record for said Defendant in the place and stead of LEWIS BRISBOIS BISGAARD & SMITH LLP in the above-entitled matter.

//

//

//

//

//

1 | DATED this 2nd day of June, 2025.

WALMART, INC.

By: _____
Authorized Representative

JOANNA K. HINOJOSA / Senior Counsel
Printed Name/Title

2

**CONSENT TO SUBSTITUTION**

LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby agrees and consents to the substitution of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., as counsel of record for Defendant, Walmart Inc., in the above-entitled action.

DATED this 2nd day of June, 2025.

                                LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Darrell D. Dennis
DARRELL D. DENNIS
Nevada Bar No. 006618
MANUEL GURULE
Nevada Bar No. 15926
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant Walmart, Inc.*

## ACCEPTANCE OF SUBSTITUTION

I, RACHEL L. SHELSTAD, ESQ., am duly admitted to practice in this District and on behalf of the law firm QUINTAIROS, PRIETO, WOOD & BOYER, P.A., who has been retained by Defendant, Walmart, Inc., in this matter, and hereby agrees and consents to the substitution as counsel of record for Defendant, Walmart, Inc.

DATED this 2nd day of June, 2025.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By: /s/ Rachel L. Shelstad
RACHEL L. SHELSTAD
Nevada Bar No. 13399
LAINA T. LEAVITT
Nevada Bar No. 12295
2370 Corporate Circle, Suite 160
Henderson, Nevada 89054
Telephone: 775.322.4697
Facsimile: 775.322.4698
*Attorneys for Defendant Walmart, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 4, 2025

4