RACHEL L. SHELSTAD
Nevada Bar No. 13399
Rachel.Shelstad@qpwblaw.com
LAINA T. LEAVITT
Nevada Bar No. 12295
Laina.Leavitt@qpwblaw.com
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2370 Corporate Circle, Suite 160
Henderson, Nevada 89054
Telephone: 775.322.4697
Facsimile: 775.322.4698
*Attorneys for Defendant Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVELYN RENEE PACHECO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC. dba WALMART #3728, a foreign corporation; Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | 2:24-cv-01551-GMN-NJK |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER (FIRST REQUEST)**

Pursuant to LR IA 6-1, LR 7-1, LR 26-1 and LR 26-3 and FRCP 26, the parties, by and through their respective counsel, respectively submit this stipulation for extension of time to submit the Pretrial Order by a person of fourteen (14) days. Counsel for the parties have conferred regarding this matter and agree that such an extension is appropriate and necessary for litigation efficiency and is supported by good cause. **The parties do not seek the extension or continuance of any other dates.**

1. **Discovery Completed to Date**

Discovery is now closed. The parties have exchanged initial and supplemental disclosures. The

parties have propounded written discovery in the form of interrogatories, admissions, and requests for production of documents.

2. **Discovery That Remains to be Completed**

None.

3. **Reasons Why Counsel Requests the Extension to Submit the Pre-Trial Order**

The parties have mediation with Honorable Jackie Glass (Ret.) scheduled for August 8, 2025. The parties also have the Settlement Conference scheduled with Magistrate Nancy Koppe on September 3, 2025. The parties have worked diligently to prepare the Joint Pretrial Order and have a working draft. With some additional meet and confer, the parties anticipate having a final document to file with the court shortly. The parties believe the additional fourteen-day extension of the instant deadline is necessary and appropriate based upon the foregoing. The parties also believe good cause is demonstrated by the recited facts and in support of the extension of the instant deadline.

4. **Proposed Schedule for Completion of Outstanding Discovery**

The parties respectfully propose the following deadlines:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Last day to add parties or amend pleadings | -- | Closed |
| Initial Expert Disclosures | -- | Closed |
| Rebuttal Expert Disclosures | -- | Closed |
| Close of Discovery | -- | Closed |
| Dispositive Motions Deadline | -- | Closed |

| Pretrial Order | June 27, 2025 | **July 11, 2025** |
|---|---|---|

DATED this 27th day of June 2025.

THE702FIRM INJURY ATTORNEYS

/s/ Michael C. Kane
_____

MICHAEL C. KANE
Nevada Bar No. 10096
8335 W. Flamingo Rd.
Las Vegas, NV 89147
(702) 776-3333
*Attorneys for Plaintiff*

DATED this 27th day of June 2025.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

/s/ Rachel L. Shelstad
_____

RACHEL L. SHELSTAD
Nevada Bar No. 13399
2370 Corporate Circle, Suite 160
Henderson, Nevada 89054
(775) 322-4697
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 30, 2025

3