# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN RENEE PACHECO,<br>　　Plaintiff,<br>v.<br>WALMART INC.,<br>　　Defendant. | Case No.: 2:24-cv-01551-GMN-NJK<br>**Order**<br>[Docket No. 38] |

Pending before the Court is the parties' stipulation to extend the deadline to submit their joint pretrial order, Docket No. 38, which is **GRANTED**.[1]

Accordingly, the parties' deadline to file their joint pretrial order is extended to September 12, 2025.

IT IS SO ORDERED.

Dated: July 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The parties refer to the undersigned as "Magistrate Nancy Koppe." *See* Docket No. 38 at 2. There are no "magistrates" in the federal system and there have not been any for three decades. *E.g., Dixon v. Ylst*, 990 F.2d 478, 480 n.1 (9th Cir. 1993). "The title was changed from 'magistrate' to 'magistrate judge'" in 1990. *Id*. "[A] magistrate judge may be appropriately called magistrate judge or judge, but not magistrate." *Williams v. City of Mesa*, Case No. CV-09-1511-PHX-LOA, 2010 WL 2803880, at *2 n.1 (D. Ariz. July 15, 2010).