# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EVELYN RENEE PACHECO,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 2:24-cv-01551-GMN-NJK

**ORDER**

[Docket No. 40]

    In light of the notice of settlement, Docket No. 40, the Court VACATES the upcoming settlement conference and VACATES the deadline to file a joint proposed pretrial order. Dismissal papers must be filed by October 27, 2025.

    IT IS SO ORDERED.

    Dated: August 27, 2025

    _____
    Nancy J. Koppe
    United States Magistrate Judge