1  RACHEL L. SHELSTAD
   Nevada Bar No. 13399
2  Rachel.Shelstad@qpwblaw.com
   LAINA T. LEAVITT
3  Nevada Bar No. 12295
4  Laina.Leavitt@qpwblaw.com
   QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
5  2370 Corporate Circle, Suite 160
   Henderson, Nevada 89054
6  Telephone: 775.322.4697
   Facsimile: 775.322.4698
7  Attorneys for Defendant Walmart, Inc.

8
## UNITED STATES DISTRICT COURT
9
## DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN RENEE PACHECO, individually, | 2:24-cv-01551-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| WALMART INC. dba WALMART #3728, a foreign corporation; Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | |

Plaintiff EVELYN RENEE PACHECO and Defendant WALMART INC. dba WALMART #3728, by and through their respective counsel of record, hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including all claims in Plaintiff's Complaint against all Defendants, is hereby dismissed with prejudice as to

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

future action, with the parties to bear their own respective costs, expenses, and attorneys' fees.

Respectfully submitted this 26th day of September, 2025.

| THE702FIRM INJURY ATTORNEYS | QUINTAIROS, PRIETO, WOOD & BOYER, P.A. |
|---|---|
| /s/ Michael C. Kane | /s/ Rachel L. Shelstad |
| MICHAEL C. KANE<br>Nevada Bar No. 10096<br>8335 W. Flamingo Rd.<br>Las Vegas, NV 89147<br>(702) 776-3333<br>*Attorneys for Plaintiff* | RACHEL L. SHELSTAD<br>Nevada Bar No. 13399<br>2370 Corporate Circle, Suite 160<br>Henderson, Nevada 89054<br>(775) 322-4697<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

**ORDER**

Dated this 26 day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court